| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  DAVID W. SPENCER<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916) 554-2700<br>   Facsimile: (916) 554-2900<br>5<br>6  Attorneys for Plaintiff<br>   United States of America | **FILED**<br>Oct 07, 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>**SEALED** |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>8471 Varney Avenue<br>Sacramento, California 95828 | CASE NO.  2:20-sw-0911 DB<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated:  10/7/2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE